**Exhibit A to the Complaint**

**Location:** Burlington, NJ  
**Total Works Infringed:** 26  
**IP Address:** 76.116.76.28  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 09E4DD5DED8676D79433C09E76F73797D7C23802 | Blacked Raw | 07/15/2018 03:41:51 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 2 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/21/2018 07:05:01 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 3 | 2739CF9685304A3595238A45D6C0249B23A20620 | Blacked Raw | 04/28/2018 23:57:36 | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 4 | 3322700996A03ADC28816C7F4921A496821C476B | Blacked | 07/14/2017 04:39:32 | 07/09/2017 | 08/17/2017 | PA0002077662 |
| 5 | 423038046264574BA54907E992EE95DF1AC8F53C | Blacked | 12/18/2017 19:26:31 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 6 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 10/26/2017 04:11:29 | 10/24/2017 | 11/30/2017 | PA0002098011 |
| 7 | 5415DBA49585BDA6C31D8F0B5BF8D652BDE9C2A6 | Blacked Raw | 06/25/2018 04:00:00 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 8 | 568CAD039761518DFBEB124973313CBB8ACFAD69 | Blacked | 06/25/2018 04:08:16 | 06/19/2018 | 06/30/2018 | 16758501621 |
| 9 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | Blacked Raw | 06/18/2018 18:27:42 | 06/16/2018 | 06/30/2018 | 16761900312 |
| 10 | 60C95D0BE2768F19B3B85DDBECABD4D5B1D721BF | Blacked | 06/20/2017 01:19:40 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 11 | 61788F7313D1541BFD7707A33532BA0E5332C39F | Blacked Raw | 05/26/2018 01:40:43 | 05/22/2018 | 06/30/2018 | 16758501976 |
| 12 | 734A1A74BFCBE6233F3C9EE2F286DCDCD530A241 | Blacked | 05/01/2018 14:55:17 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 13 | 771C669842BE814DA19F886EDF5E759B0EC4BF37 | Blacked | 07/14/2017 04:39:39 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 14 | 89FE22338C4AE30739C90C2EE96F7A99EAAF2B70 | Blacked Raw | 02/12/2018 09:19:19 | 02/11/2018 | 03/02/2018 | PA0002104740 |
| 15 | 8BE48A9A8535EDFE659AB80FC57F269DB84D4EFE | Blacked | 02/11/2018 22:07:10 | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 16 | 8DC5C2F90FCB244D687437C6F703C9D575CA46D3 | Blacked | 01/19/2018 10:35:18 | 01/15/2018 | 01/24/2018 | PA0002101768 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 9F1AEDB1A46ED2351C6734A7C20C7CCA52E8D790 | Blacked Raw | 06/25/2018 04:05:16 | 06/01/2018 | 06/30/2018 | 16758501522 |
| 18 | B7219E344A0E7AA2837A800E301C305D85A5DFA7 | Blacked | 12/30/2017 12:24:39 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 19 | BA3DF38EEEA0B0210F925FC5824D2FA47D051E6B | Blacked Raw | 12/04/2017 18:03:03 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 20 | BCA97B6B7BE11A70C9279D96829A9E544A2375AB | Blacked | 03/22/2018 13:34:59 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 21 | C59734C1DC4D87F563ABE2D6E371C12FD12FC7D9 | Blacked | 10/23/2017 16:14:28 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 22 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 12/04/2017 18:03:21 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 23 | DFE2270AE1CEF9626277E4881D2B98E547BDDEBA | Blacked | 07/15/2018 03:44:20 | 07/14/2018 | 07/19/2018 | 16822264220 |
| 24 | E56714E02E36F4B01772FE70F571E60E169C9B52 | Blacked | 06/30/2017 11:52:39 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 25 | F2A2C89A5B342484EA4401C1CD57289AD6F15CF6 | Blacked | 11/13/2017 01:01:30 | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 26 | F79E9037C1959A36DDE9D3A3C60906BED4EBBAF3 | Blacked | 01/05/2018 09:49:03 | 12/31/2017 | 01/15/2018 | PA0002099700 |