[Doc. Nos. 4, 5, 8]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED<br>IP ADDRESS 76.116.76.28,<br><br>　　　　　　Defendant. | Civil No. 18-12586 (JHR/JS) |

**O R D E R**

This matter having come before the Court on plaintiff's Motion for Expedited Discovery [Doc. No. 4] and plaintiff's Motions for an Extension of Time to Effectuate Service [Doc. Nos. 5, 8]; and a hearing having been held on the Court's Order to Show Cause ("OSC") on May 31, 2019 [Doc. No. 6]; and the Court's OSC still pending with a second hearing date set on July 23, 2019; and the Court deeming it appropriate to defer deciding plaintiff's motions until it issues its Opinion concerning the outstanding OSC; and good cause existing to enter this Order, and accordingly,

IT IS HEREBY ORDERED this 18th day of June 2019, that plaintiff's motions [Doc. Nos. 4, 5, 8] are DENIED without prejudice until the OSC hearing is completed and the Court issues its Opinion; and it is further

ORDERED that plaintiff's motions [Doc. Nos. 4, 5, 8] will be restored to the active docket after the Court's Opinion regarding the OSC is entered.

                                                <u>s/ Joel Schneider</u>
                                                JOEL SCHNEIDER
                                                United States Magistrate Judge