[Doc. No.   ]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| **STRIKE 3 HOLDINGS, LLC,** | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 18-12586 (NLH/JS) |
| **JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.116.76.28,** | : | |
| Defendant. | : | |

## O R D E R

This matter is before the Court on a remand from the District Court for entry of an Order on the "Second Motion for Extension of Time Within Which to Effect Service" [Doc. No. 8] filed by plaintiff, Strike 3 Holdings, LLC.  The Court exercises its discretion to decide plaintiff's motions without oral argument. See Fed. R. Civ. P. 78; L. Civ. R. 78.1.

For the reasons set forth by the District Court,

IT IS HEREBY ORDERED this 23rd day of July 2020 that plaintiff's "Second Motion for Extension of Time Within Which to Effect Service" [Doc. No. 8] is GRANTED; and it is further

ORDERED that the time for plaintiff to properly serve its complaint on defendant pursuant to the Federal Rules of Civil Procedure is extended one hundred and twenty (120) days from the date of this Order or until November 20, 2020.  Failure to

1

effectuate service within this time period may subject this action to dismissal pursuant to Rule 4(m).

_____
JOEL SCHNEIDER
United States Magistrate Judge

2