# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Minutes of Proceedings

**OFFICE:** CAMDEN	**DATE:** July 22, 2020

**JUDGE JOEL SCHNEIDER**

**COURT REPORTER:** E.C.R.

**TITLE OF CASE:**	**DOCKET NO.**   18-cv-02674(JHR)
STRIKE 3 HOLDINGS, LLC	18-cv-12585(JBS)
 v.	18-cv-12586(JHR)
JOHN DOE SUBSCRIBER ASSIGNED IP	18-cv-16564(JHR)
ADDRESS 73.160.162.60 et al	18-cv-16565(JHR)
	18-cv-16566(JBS)
	18-cv-17594(JHR)
	18-cv-17595(JHR)
	19-cv-00894(JHR)
	19-cv-00895(JBS)
	19-cv-14014(JHR)
	19-cv-14015(JHR)
	19-cv-14016(JHR)

**APPEARANCES:**
John Atkin Esq. for Plaintiffs
Lincoln Banlow, Esq. for Defendants

**NATURE OF PROCEEDINGS:**   Status Conference
Telephone Status Conference held on the record.
Orders to be entered.

	*s/Sarah Eckert*
	**DEPUTY CLERK**

**TIME COMMENCED:** 3:30 p.m.
**TIME COMMENCED:** 4:15 p.m.
**TOTAL TIME:** 45 minutes